No. 91–5288. TONNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5394. CAMPBELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5494. NELSON *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5507. SODERLING ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5572. BETANCOURT-ARRETUCHE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–5581. MORRIS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–5602. LEGER *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 91–5738. LEDET *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Certiorari denied.

No. 91–5746. DANIELS *v.* BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5796. CHESTER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 91–5812. WHALEN ET AL. *v.* TOWN OF LIVERMORE, MAINE, ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 91–5834. POLLOTTA *v.* MILES, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5840. AL-BARI, AKA WHITE *v.* COMPTON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–5842. ZUCKERMAN *v.* HADDEN, WARDEN. C. A. 4th Cir. Certiorari denied.